UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. **2:18-cv-06517-CBM (MAA)**　　　　　　　　　　Date: **November 15, 2018**

Title　**Roderick Washington v. John McMahon, *et al*.**

---

Present: The Honorable:　　MARIA A. AUDERO, U.S. Magistrate Judge

| Cheryl Wynn | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**　　Order to Show Cause Re: Failure to Serve Summons and Complaint and Failure to Prosecute

On July 27, 2018, Plaintiff Roderick Washington ("Plaintiff"), proceeding *pro se*, filed a Complaint. ("Complaint, ECF No. 1.)

Federal Rule of Civil Procedure 4(m) requires defendants to be served within ninety days after a complaint is filed. Over ninety days have passed since the Complaint in this action was filed, and there is no indication that Defendants have been served successfully.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE in writing on or before **December 14, 2018**, why this case should not be dismissed against Defendants for failure to serve the summons and Complaint and failure to prosecute this action.

Plaintiff may discharge this order to show cause by properly serving the summons and Complaint on all Defendants and filing a proof of service that demonstrates proper service, no later than **December 14, 2018**.

The Court advises Plaintiff that failure to serve the summons and Complaint and file the proofs of service on or before **December 14, 2018**, may result in dismissal of this action against Defendants for failure to serve and failure to prosecute.

It is so ordered.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　：
　　　　　　　　　　　　　　　　　　　　　　**Initials of Preparer**　cw

---