# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>  Plaintiff,<br>  v.<br><br>JOHN MCMAHON *et al.*,<br><br>  Defendants. | Case No. 2:18-cv-06517-CBM (MAA)<br><br>**JUDGMENT** |

  Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

  IT IS ADJUDGED that the entire action is dismissed without prejudice.

DATED:

September 12, 2019

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE